```
 1  ALEXANDER G. CALFO (SBN 152891)
       ACalfo@yukelaw.com
 2  KELLEY S. OLAH (SBN 245180)
       KOlah@yukelaw.com
 3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
       GAanderson-thompson@yukelaw.com
 4  YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
 5  Los Angeles, CA  90071-1560
    Telephone:    (213) 362-7777
 6  Facsimile:    (213) 362-7788

 7  Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC., JOHNSON &
 8  JOHNSON SERVICES, INC., JOHNSON &
    JOHNSON (erroneously sued as "Johnson &
 9  Johnson, Inc."), and DEPUY INTERNATIONAL
    LIMITED (erroneously sued as "DePuy
10  International, Ltd.")
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FRIEL and LINDA FRIEL,<br><br>         Plaintiffs,<br><br>    vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D, A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>         Defendants. | CASE NO. CV12-1973-SBA<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS<br><br>JURY TRIAL DEMANDED |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs THOMAS FRIEL and LINDA FRIEL and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby

1  ORDERED that:

2     1.   The Parties' request for a stay of proceedings is GRANTED;

3     2.   All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

4     3.   All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __5/7__, 2012    _____
                        Hon. Sandra Brown Armstrong

1  **PROOF OF SERVICE**

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3      At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

5      On April 30, 2012, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger, Esq.<br>Adam R. Salvas, Esq.<br>Brian J. Devine, Esq.<br>SEEGER SALVAS LLP<br>455 Market Street, Suite 1530<br>San Francisco, CA 94105 | Attorneys for Plaintiffs<br>THOMAS FRIEL and LINDA FRIEL<br><br>T:   (415) 981-9260<br>F:   (415) 981-9266 |

11  **BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

13      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

15      Executed on April 30, 2012, at Los Angeles, California.

_____
Deanna Castellanos

CV12-1973-SBA

[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS